Law Offices of Stephen Turano
60 Park Place
Suite 703
Newark, NJ 07102
(973) 236-0010
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
DOCKET NO.: 11-584-001

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal Action |
| v. : | Hon. Jose L. Linares, U.S.D.J. |
| SIMONE FERNANDES : | ORDER MODIFYING ORDER SETTING CONDITIONS OF RELEASE |
| Defendant. : | |

**THIS MATTER** having been opened to the Court by Stephen Turano, attorney for the Defendant Simone Fernandes in the above-captioned matter, upon an application for an Order modifying the Order Setting Conditions of Pretrial Release to permit the government to return Defendant's passport for purposes of using only for identification so she can obtain marriage documents; and it appearing to the Court that the United States Pretrial Services, District of New Jersey, and Charlton Rugg, Assistant United States Attorney, have consented to the entry of the within Order;

**NOW THEREFORE,** it is on this 30th day of March, 2012

**ORDERED,** that the Order Setting Conditions of Release be and the same hereby is modified to permit the government to return Defendant's passport for purposes of using only for

1

identification to obtain marriage documents and to return to Pretrial Services after she has obtained said documents.

    **IT IS FURTHER ORDERED**, that all other Conditions of Release remain the same.

_____
Hon. Jose L. Linares, U.S.D.J.